IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 2 8 2018

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | CRIMINAL NO. 18-2832 JCH |
| vs. | ) ) ) | 18 U.S.C. §§ 1153 and 1111: Second Degree Murder. |
| **GARRETT NEAL,** | ) ) | |
| Defendant. | ) ) | |

INDICTMENT

The Grand Jury charges:

On or about July 12, 2015, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **GARRETT NEAL**, an Indian, unlawfully killed John Doe with malice aforethought.

In violation of 18 U.S.C. §§ 1153 and 1111.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
8/21/2018