AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

RECEIVED
U.S. MARSHALS SERVICE
ALBUQUERQUE, NEW MEXICO
2018 AUG 29 AM 10: 09

| United States of America | ) |
| v. | ) |
| | ) Case No. CR 18-2832 JCH |
| | ) |
| GARRETT NEAL | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **GARRETT NEAL**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1153 and 1111: Second Degree Murder

Date: 08/29/2018

_____
*Issuing officer's signature*

City and state: Albuquerque, New Mexico

MITCHELL R. ELFERS, Acting Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 8/29/2018, and the person was arrested on *(date)* 9/12/2018
at *(city and state)* Farmington, NM

Date: 9/12/2018

_____
*Arresting officer's signature*

CARY CAHOON - FBI Special Agent
*Printed name and title*