# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR 18-2832 JCH | UNITED STATES vs. Neal |
|---|---|

**Before The Honorable B. Paul Briones, United States Magistrate Judge**

| Hearing Date: | 10/29/20 | Time In and Out: | 2:11-2:45 |
|---|---|---|---|
| Clerk: | E. Hernandez | Digital Recording: | ABQ-Portable via Zoom |
| Defendant: | Garrett Neal | Defendant's Counsel: | Ahmad Assed and Britney Shaffer |
| AUSA: | Jeremy Pena | Interpreter: | N/A |

☐ Sworn
☐ Waived

☐ Defendant Sworn
☐ First Appearance
☒ Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect.
☒ Deft acknowledges receipt of: **Indictment**
☐ If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right.
☒ Terms and conditions of proposed plea agreement explained.    ☒ Defendant indicates understanding of its terms.
☒ Factual predicate to sustain the plea provided.
☒ Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea.
☒ Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures).
☒ Deft questioned re time to consult with attorney and if satisfied with his or her representation.
☒ Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges).
☒ Deft pleads GUILTY to: **Indictment**
☒ Allocution by Deft on elements of charge(s).
☒ Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted.
☒ Deft adjudged guilty.
☒ Acceptance of plea agreement deferred until final disposition hearing by district judge.
☒ Sentencing Date: **to be notified**
☒ Defendant to Remain in Custody
☐ Present conditions of release continued    ☐ Conditions changed to:
☐ Penalty for failure to appear explained
☒ Presentence Report Ordered    ☐ Expedited (Type III)

Other Matters: Court accepts Defendant's waiver; Court inquires as to why this hearing should be held at this time; Defense counsel and Government respond; Court makes findings as to why this hearing was held at this time; Defendant waives personal presence at hearing